The People of the State of New York, Respondent,
against
James Carter, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Stephen Antignani, J.), rendered June 14, 2017, convicting him, upon his plea of guilty, of jostling, and imposing sentence.




Per Curiam.
Appeal from judgment of conviction (Stephen Antignani, J.), rendered June 14, 2017, held in abeyance, and the matter remanded for further proceedings and to expand the record to determine whether defendant was the individual who pleaded guilty to the underlying jostling offense in 1987. 
Following a 1987 guilty plea to jostling and a failure to appear for sentencing, a bench warrant was issued for the named defendant more than two decades ago. The defendant now before us was brought into court in 2015 and 2017 on the warrant, but claimed that he is not the individual of the same name who was arrested and pleaded guilty to the underlying jostling offense. He argues, and the People now concede, that further proceedings are necessary to resolve the issue. We therefore remand, as indicated.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: April 11, 2019